CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Diego NORIEGA** (DOB: 1983; United States Citizen)<br>**Brian HERNANDEZ (**DOB: 1996; United States Citizen) | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>24-07208MJ      <span style="color:red">SEALED</span> |

Complaint for violation of Title 18, United States Code, §§ 554(a), 922(g)(1), and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**Count One:** On or about January 24, 2024, at or near Douglas, in the District of Arizona, **Diego NORIEGA**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess multiple rounds of .50 caliber ammunition, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**Count Two:** On or about January 24, 2024, at or near Douglas, in the District of Arizona, **Diego NORIEGA**, knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is multiple rounds of .50 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**Count Three:** On or about January 30, 2024, at or near Tucson, in the District of Arizona, **Brian HERNANDEZ**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess multiple rounds of .50 caliber ammunition, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

At approximately 8:18 p.m. on January 25, 2024, at the Douglas Port of Entry, within the District of Arizona, Diego NORIEGA entered the United States from Mexico in a 2005 Chevrolet Equinox via the vehicle lane. Officers selected NORIEGA for a random inspection, and during a physical inspection of his vehicle, officers noticed what apparent modified panels to the front passenger side of the vehicle. Officers physically inspected the vehicle and found ten rounds of .50 caliber ammunition laying among the tools in the vehicle's trunk. Officers placed NORIEGA under arrest and notified Homeland Security Investigations (HIS). HSI task force officers (TFOs) responded to the port, read NORIEGA his *Miranda* rights, and after NORIEGA waived those rights, interviewed NORIEGA.

**(CONTINUED ON THE FOLLOWING PAGE)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Matthew C. Cassell*<br>Digitally signed by MATTHEW CASSELL Date: 2024.03.14 13:44:21 -07'00'<br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT<br><br>RICARDO RAMIREZ JR   Digitally signed by RICARDO RAMIREZ JR Date: 2024.03.14 16:49:36 -07'00' |
|---|---|
|  | OFFICIAL TITLE<br>HSI TFO Ricardo Ramirez, Jr. |

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 15, 2024 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54.
CC: USM (2cc), AUSA, PTS

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED**:

NORIEGA admitted knowing the ten rounds of ammunition were in the trunk area of the Equinox and that these rounds were leftover ammunition from a successful smuggling of an unknown quantity of .50 caliber ammunition through the Douglas port of entry into Agua Prieta, Mexico, the previous day, January 24, 2024. NORIEGA stated that on that day, he dropped off his vehicle, a silver Chevrolet Equinox, at the Walmart in Douglas with the keys inside. NORIEGA further stated that an unknown individual then took the Equinox to a nearby storage unit where the vehicle was loaded with .50 caliber ammunition and then was dropped back off at Walmart within about 10-15 minutes. NORIEGA stated this occurred between approximately 7:20 a.m. and 7:30 a.m. on January 24, 2024. NORIEGA stated the smuggling coordinator in Agua Prieta, Sonora, Mexico bragged to NORIEGA about numerous caches of ammunition and weapons he has in the storage unit but would not tell him the location of the storage unit.

NORIEGA went on to tell officers that he was to smuggle more ammunition into Mexico through the Douglas Port of Entry later on January 25, 2024. NORIEGA told officers that the rest of the ammunition to be smuggled was inside his house. NORIEGA consented to allow HSI TFOs to enter his residence and seize the rest of the ammunition at approximately 12:20 a.m. on January 26, 2024. TFOs located the ammunition inside boxes in the kitchen area of the residence. TFOs seized 957 rounds of .50 caliber ammunition, 22 rounds of .223 caliber ammunition, two 5.56 magazines, and six empty .50 caliber ammunition cannisters.

On January 24, 2024, HSI TFOs went to the Walmart in Douglas to request video footage of the event. The Walmart security team was able to get an image of the co-conspirator who drove off in NORIEGA's vehicle and returned with it within the same time (7:20 to 7:30) that NORIEGA told TFOs this occurred.

On January 29, 2024, HSI TFOs interviewed the owner and manager of the closest storage unit complex to the Walmart, which is James Transfer and Storage, located at 102 E. 7th St in Douglas. The owner and manager retrieved video footage from January 23, 2024, which showed a Silver Chevrolet Equinox matching the description of the vehicle used in the smuggling event by NORIEGA in the storage unit complex between 7:20 a.m. and 7:30 a.m.

On January 29, 2024, law enforcement agents observed a man matching the description of the man in the footage provided by Walmart entering a 2000 white Chevrolet Malibu, bearing Arizona license plate number BST7024, registered to Brian HERNANDEZ. An image of the co-conspirator supplied by Walmart was distributed within the agency and to state and local authorities to identify the subject. Douglas Police Department Officer J. Alvarez reached out to HSI and stated that he recognized the co-conspirator and identified him as Brian HERNANDEZ.

On January 29, 2024, TFOs conducted a follow-up interview with the owner of James Transfer and Storage. TFOs asked the owner if she knew of an individual renting a storage unit with the last name HERNANDEZ. The owner replied affirmatively and stated that unit "C046" was being rented out by an individual named Brian HERNANDEZ and that unit C046 was located on the same aisle of units that the video depicted the silver Equinox driving through on January 23, 2024. The owner of the storage location added that HERNANDEZ was behind on rent, so the owner put a red lock on the unit, to which only the owner has a key. Law enforcement agents obtained a federal search warrant for the storage unit on January 30, 2024, and upon executing it, seized approximately 2700 rounds of .50 caliber ammunition.

Law enforcement agents verified that HERNANDEZ has a June 24, 2016, federal conviction for possession with intent to distribute out of the District of Arizona and a July 2021 felony endangerment conviction out of the State of Arizona. Both convictions are punishable by imprisonment for a term exceeding one year. Law enforcement agents verified that NORIEGA has multiple convictions out of the State of California, all of which are punishable by over a year of imprisonment.

An ATF firearms nexus expert examined the ammunition seized from NORIEGA's vehicle, NORIEGA's home, and HERNANDEZ's storage unit, and determined that the ammunition was not manufactured in Arizona, thereby traveling in, or affecting interstate and/or foreign commerce.