GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Diego Noriega,<br>Brian Hernandez,<br><br>Defendants. | CR 24-01985-TUC-SHR (EJM)<br><br>GOVERNMENT'S NOTICE OF<br>ADMINISTRATIVE FORFEITURE |

The United States of America hereby gives notice that on May 1, 2024, the Department of Homeland Security, U.S. Customs and Border Protection administratively 3,667 rounds of .50 caliber ammunition; twenty-two (22) rounds of .223 caliber ammunition; and two (2) 5.56 caliber magazines, which were included in the Forfeiture Allegation of the defendant's Indictment.

Therefore, the government will not pursue criminal forfeiture against the assets listed in this notice.

DATED this 6th day of May, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Matthew C. Cassell*

MATTHEW C. CASSELL
Assistant U.S. Attorney